UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

AUG 23 2007

at 11 o'clock and 40 min. A M.
SUE BEITIA, CLERK

| UNITED STATES OF AMERICA, | No. 05-10641 |
| --- | --- |
| Plaintiff - Appellee, | D.C. No. CR-02-00133-ER/BMK |
| v. | |
| TERRY LEROY CASSIDY, a/k/a Shawn "Shawn Michaels"; et al., | **JUDGMENT** |
| Defendant - Appellant. | |

| UNITED STATES OF AMERICA, | No. 05-10663 |
| --- | --- |
| Plaintiff - Appellee, | D.C. No. CR-02-00133-ER/BMK |
| v. | |
| ROYAL LAMARR HARDY, | **JUDGMENT** |
| Defendant - Appellant. | |

| UNITED STATES OF AMERICA, | No. 05-10664 |
| --- | --- |
| Plaintiff - Appellee, | D.C. No. CR-02-00133-2-ER/BMK |
| v. | |
| URSULA A. SUPNET, aka Ursula Ann "Ursula Ann Sounet", | **JUDGMENT** |
| Defendant - Appellant. | |

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff - Appellee, <br><br> V. <br><br> MICHAEL L. KAILING, <br><br> Defendant - Appellant. | No. 05-10722 <br> D.C. No. CR-02-00133-ER/BMK <br><br><br> **JUDGMENT** |
| UNITED STATES OF AMERICA, <br><br> Plaintiff - Appellee, <br><br> V. <br><br> FRED M. ORTIZ, <br><br> Defendant - Appellant. | No. 05-10723 <br> D.C. No. CR-02-00133-ER/BMK <br><br><br> **JUDGMENT** |

Appeal from the United States District Court for the District of Hawaii (Honolulu).

This cause came on to be heard on the Transcript of the Record from the United States District Court for the District of Hawaii (Honolulu) and was duly submitted.

On consideration whereof, it is now here ordered and adjudged by this Court, that the judgment of the said District Court in this cause be, and hereby is **AFFIRMED**.

Filed and entered 05/31/07

A TRUE COPY
CATHY A. CATTERSON
Clerk of Court
ATTEST
AUG 21 2007
by: _____
Deputy Clerk